IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHANNON PERCHES, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO.** |
| v. | : | **5:23-CV-508 (CAR)** |
| | : | |
| SHERIDAN CONSTRUCTION COMPANY, | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER ON RECAST COMPLAINT

Currently before the Court is *pro se* Plaintiff Shannon Perches' Recast Complaint [Doc. 5]. Having reviewed the Recast Complaint pursuant to 28 U.S.C. § 1915(e), the Court finds that Plaintiff's gender discrimination claim fails to state a claim, but her other claims may proceed. As stated in the Court's previous order, Plaintiff needed to allege specific facts from which the Court could reasonably infer she was treated differently because of her gender. Plaintiff's generic allegations of rude and unfair treatment and her personal belief that this treatment was based on her gender are still insufficient to state a claim for relief.

Plaintiff has plausibly stated claims for (1) age discrimination pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634 ("ADEA"); (2) disability discrimination pursuant to the Americans with Disabilities Act of 1990, 42

U.S.C. §§ 12101 *et seq.* ("ADA"); and (3) retaliation based on age and disability pursuant to the ADEA and ADA. Although Plaintiff did not explicitly allege claims for disability discrimination or disability retaliation, after liberally construing her allegations, the Court finds that she plausibly alleges these claims in addition to the age discrimination and age retaliation claims.

Having reviewed Plaintiff's Complaint, the Court hereby **ORDERS** the United States Marshal to serve a copy of the complaint at this time.

**SO ORDERED**, this 31st day of January, 2024.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT